UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Heeren v. Davol, Inc. et al.*
Case No. 2:21-cv-3773

## ORDER

On March 22, 2023, the Court ordered Plaintiff to perfect service pursuant to Civil Rule 4. (ECF No. 3.)  On April 6, 2023, Defendants filed a notice that Plaintiff had not complied with the Court's order.  (ECF No. 4.)  Therefore, Defendants' Motion to Dismiss for Failure to Serve Complaint (ECF No. 2) is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.


**4/18/2023**                                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                                            **EDMUND A. SARGUS, JR.**
                                                                            **UNITED STATES DISTRICT JUDGE**